```
 1  ROGER W. PATTON (SBN 51906)
    PATTON • WOLAN • BOXER
 2  1814 Franklin St. # 501
    OAKLAND, CA 94612
 3  TEL: (510) 987-7500
    FAX: (510) 987-7575
 4
 5  Attorney for Defendant,
    ADRIEN OLIVAS
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ADRIEN KEITH OLIVAS<br>  Defendant. | CR-05-00232-MJJ<br>Case No. CR-~~05-70158~~ MJJ<br><br>*STIPULATION FOR MODIFICATION OF PRETRIAL TRAVEL RESTRICTIONS* |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that Defendant ADRIEN OLIVAS pretrial travel restrictions prohibiting travel outside the Northern District of California is modified as follows: the defendant is permitted to travel to the state of Hawaii on July 12, 2005 and returning July 19, 2005. The defendant will be traveling with his parents and will be under their constant supervision. The defendants pretrial services officer is Paul Mamaril and he has no objection to the defendant's travel to Hawaii on the above mentioned dates. The defendant will provide a a copy of his travel itinerary to his pretrial service officer.

DATED: July 7, 2005.

PATTON ✦ WOLAN ✦ BOXER

By _____
ROGER W. PATTON
Attorney for ADRIEN K. OLIVAS

- 1 -

STIPULATION FOR MODIFICATION OF PRETRIAL TRAVEL RESTRICTIONS

T:\Patton\CLOSED\archive\Echeverria\Order for Modification of Pretrial Travel Restrictions 6-3-02.wpd

1 | DATED: July 7, 2005.                              US ATTORNEY'S OFFICE

                                                      By /s/ 
                                                      BRIAN STRETCH
                                                      Attorney for Plaintiff

8 | IT IS SO ORDERED

10 | DATED: July 8, 2005                              /S/ WAYNE D. BRAZIL

                                                      WAYNE D. BRAZIL
                                                      UNITED STATES MAGISTRATE