PROPOSED ORDER/COVER SHEET

**TO:**      Honorable Wayne D. Brazil       **FILED**    **RE:**    OLIVAS, ADRIEN KEITH
            U.S. Magistrate Judge
                                              OCT 1 4 2005

**FROM:**    Claudette M. Silvera, Chief    RICHARD W. WIEKING   **DOCKET NO.:**    CR05-00232 MJJ
            U.S. Pretrial Services Officer   CLERK, U.S. DISTRICT COURT
                                             NORTHERN DISTRICT OF CALIFORNIA
**DATE:**    October 14, 2005                OAKLAND

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

_____JAIME A. CARRANZA_____          _____408-535-5226_____
**U.S. PRETRIAL SERVICES OFFICER**                   **TELEPHONE NUMBER**

**RE:**    **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐    I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 4
     _____ on _WEDS., NOV. 2, 2005_ at _10:00 a.m._ .

☒    Inform all parties concerned that a Bail Review Hearing will be conducted by:
     Magistrate Judge_____ Presiding  District Court Judge_____

☐    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒    Modification(s)

     A. The defendant shall submit to electronic monitoring and shall contribute to the cost as directed by Pretrial Services

     B.

☐    Bail Revoked/Bench Warrant Issued.

☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐    Other Instructions:

_____

_____

_____/s/ Wayne D. Brazil_____          ___10-14-05___
**JUDICIAL OFFICER**                       **DATE**

**Cover Sheet (12/03/02)**   cc: WDB's Stats, Copies to parties via ECF,
                             Pretrial, Financial, Monica Tutson
                             (MJJ's Clerk)

**To:**       Honorable Wayne D. Brazil
              U.S. Magistrate Judge

**From:**     Jaime A. Carranza, Officer in Charge
              U.S. Pretrial Services

**Subject:**  Olivas, Adrien Keith
              CR05-00232 MJJ

**Date:**     October 14, 2005



# MEMORANDUM

Your Honor:

Pretrial Services was notified by Your Honor's chambers that Mr. Adrien Olivas's attorney, Roger Patton, would not be available for a Bail Violation Hearing until early November 2005. We would respectfully recommend that Mr. Olivas be placed on electronic monitoring until the Bail Violation Hearing is held. We would also request that the hearing be held on November 2, 2005.

The undersigned contacted Mr. Patton and he indicated that he would not be opposed to Pretrial Services' recommendation. He added that he would be available for a Bail Violation Hearing on either November 2 or 4, 2005. Pretrial Services left a message for Assistant United States Attorney Kristin Ault regarding her position as to our recommendation. She had not returned our call at the time of this writing.

This memorandum is submitted for Your Honor's information and direction.

Respectfully submitted,

_for_

Jaime A. Carranza, Officer in Charge
U.S. Pretrial Services