RECEIVED
UNITED STATES MARSHAL
2005 NOV -3 PM 1:24
[...] DISTRICT OF
CALIFORNIA - OAKLAND

FILED
NOV 3 - 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

ADRIEN KEITH OLIVAS,

    Defendant(s).
_____/

No. CR-05-00232-MJJ

**ORDER RE: BAIL REVOKED AND REINSTATED AND DEFENDANT REMANDED TO CUSTODY**

After conducting a bail review hearing in this case on November 2, 2005, the Court found that defendant ADRIEN KEITH OLIVAS has violated the terms and conditions of his pretrial release. The Court hereby enters the following orders:

1. The defendant's bail is REVOKED AND REINSTATED;

2. As a sanction for violating the terms and conditions of his pretrial release, the defendant shall be remanded to the custody of the United States Marshal forthwith and remain in custody for Ten (10) days. The defendant shall receive credit for time served.

3. The United States Marshal shall release from his custody defendant ADRIEN KEITH OLIVAS after Ten (10) days. Upon release from custody, the defendant must abide by the terms and conditions of his release as previously set by the Court and must comply with the directions of his Pretrial Services Officer.

IT IS SO ORDERED.

Dated: 11-3-05

WAYNE D. BRAZIL
United States Magistrate Judge

cc: All parties via ECF, WDB's files, Monica Tutson (MJJ's Clerk), 2 certified copies to Marshal, Financial, Pretrial

caption.frm

1