1  ROGER W. PATTON (SBN 51906)
   PATTON • WOLAN • BOXER
2  1814 FRANKLIN ST. # 501
   OAKLAND, CA 94612
3  TEL: (510) 987-7500
   FAX: (510) 987-7575
4
5  Attorney for Defendant,

**FILED**

DEC 1 2 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

vs.

ADRIEN KEITH OLIVAS,

        Defendant.

Case No. 05-0232 MJJ

STIPULATION TO CONTINUE
SENTENCING HEARING;
[PROPOSED] ORDER

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the sentencing hearing will be continued from DECEMBER 16, 2005 to MARCH 17, 2006, before the Honorable MARTIN J. JENKINS.

Dated: DECEMBER 9, 2005

    PATTON • WOLAN • BOXER

By: _____
ROGER W. PATTON
Attorney for Defendant

Dated: 12/9/05

UNITED STATES ATTORNEY'S OFFICE

By: _____
KIRSTIN M. AULT
Assistant United States Attorney

- 1 -

## ORDER

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the sentencing hearing be continued to MARCH 17, 2006.

IT IS SO ORDERED.

DATED: 12/12/2005                    By: _____
                                     JUDGE OF UNITED STATES DISTRICT COURT

- 2 -