KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94612
    Telephone: (415) 436-7151
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ADRIEN KEITH OLIVAS, ) <br> ) <br> Defendant. ) <br> _____ ) | No.   CR 05-00232 MJJ <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATE FOR RESTITUTION HEARING FROM JUNE 2, 2006 TO JUNE 8, 2006 |

     On March 24, 2006, the Court sentenced the defendant in this matter. At that time, the Court ordered that a hearing would be held on June 2, 2006 to determine the amount of restitution owed to the victims. The parties anticipate that they will not be prepared to resolve the issue of restitution by the June 2, 2006 date and respectfully request that the restitution hearing be continued to June 8, 2006 at 2:00 p.m. before the Honorable Martin J. Jenkins in San Francisco, California.

STIPULATED:


DATED:_____                                                  /S/_____
                                                                            ROGER PATTON
                                                                            Attorney for Defendant Olivas

|   |   |
|---|---|
| DATED:_____ | _____/S/_____<br>KIRSTIN M. AULT<br>Assistant United States Attorney |

ORDER

For the above-stated reasons and for good cause shown, it is hereby ORDERED that the restitution hearing for Adrien Keith Olivas in the above-captioned matter shall be continued to Thursday, June 8, 2006, at 2:00 p.m. in this Court's San Francisco courtroom.

IT IS SO ORDERED.

DATED: 5/23/2006  _____
MARTIN J. JENKINS
United States District Judge